1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GARCIA-SALGADO
6

**FILED**

FEB 2 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7             IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,      )  No. CR 09-70127 MEJ
                                    )
11 |         Plaintiff,              )  STIPULATION AND [PROPOSED]
                                    )  ORDER TO CONTINUE
12 |    v.                           )  ARRAIGNMENT/PRELIMINARY
                                    )  HEARING DATE
13 | FRANCISCO GARCIA-SALGADO,      )
                                    )
14 |         Defendant.              )
   |_____)
15

16     On February 12, 2009, an arraignment or preliminary hearing in the above-captioned case
17 was scheduled before this Court for Tuesday, February 24, 2009 at 9:30 am. At that time, the
18 defendant waived his right under Federal Rule of Criminal Procedure 5.1(c) to have his
19 preliminary hearing within 10 days of his initial appearance. Given the extensive discovery in
20 this case, as well as both counsel's schedules, the parties now jointly request that the arraignment
21 or preliminary hearing date be continued to March 10, 2009 at 9:30am. The defendant, through
22 counsel, again waives his right under Federal Rule of Criminal Procedure 5.1(c) to have his
23 preliminary hearing within 10 days of his initial appearance.
24     The parties also request that the Court exclude the period of time from the date of this
25 Order through March 10, 2009 from any time limits applicable under 18 U.S.C. § 3161. The
26 parties represent that granting the continuance provides the reasonable time necessary for

CR 09-70127 MEJ;
STIP & [PROPOSED] ORD. TO CONTINUE          1

1  continuity and preparation of defense counsel, particularly given the extensive amount of
2  discovery. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served
3  by granting such a continuance outweigh the best interests of the public and the defendant in a
4  speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5       IT IS SO STIPULATED.

7  February 20, 2009                    /s
   DATED                                KEVIN BARRY
8                                       Assistant United States Attorney

10
   February 20, 2009                    /s
11 DATED                                JODI LINKER
                                        Assistant Federal Public Defender

13       Based on the stipulation of the parties, and for good cause shown, the next appearance in
14 the above-captioned matter is continued to March 10, 2009 at 9:30 am before the duty Magistrate
15 Judge and the time until then is excluded under the Speedy Trial Act.

16       IT IS SO ORDERED.

18  2/20/09
    DATED                               MARIA ELENA JAMES
19                                      United States Magistrate Judge
                                        NANDOR VADAS

CR 09-70127 MEJ;
STIP & [PROPOSED] ORD. TO CONTINUE           2